UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
   Tanesha Carroll )   Case No. 14 B 39034
                 Debtor(s) )   Chapter 7
)   Judge Bruce W. Black

### ORDER OF CONTEMPT

On February 4, 2015, a Motion for Sanctions, as well as, the court's own order pursuant to 11 U.S.C. 329 against **Debra J. Vorhies Levine,** were brought before the court for hearing. **Debra J. Vorhies Levine** failed to appear and subsequently an Order Granting Motion to Impose Sanctions was entered. The order required **Debra J. Vorhies Levine** to disgorge fees to the debtor, file compliance of said disgorgement with the court, suspended **Debra J. Vorhies Levine** from practicing law before the U. S. Bankruptcy Court for the Northern District of Illinois, gave a response deadline to the specific allegations of the motions for sanctions and ordered **Debra J. Vorhies Levine** to appear in front of Chief Judge Bruce W. Black on February 11, 2015 at 11:00 a.m. The order also stated that if **Debra J. Vorhies Levine** failed to appear at said hearing, it may result in incarceration to enforce compliance against her.

IT IS HEREBY ORDERED that this court finds **Debra J. Vorhies Levine** to be in contempt for failure to disgorge fees as ordered, failure to appear at the hearings set by this court and failure to comply with previously entered orders. The United States Marshals Service is directed to apprehend **Debra J. Vorhies Levine** for enforcement of this contempt order and bring her before the court for a hearing on this matter at their earliest convenience. In the event the court is not in session at the time the United States Marshals Service arrests **Debra J. Vorhies Levine,** the United States Marshals Service is authorized to hold her at the Chicago Metropolitan Correctional Center and thereafter bring her before the court upon being advised of the Court's availability to hear this matter.

IT IS FURTHER ORDERED that **Debra J. Vorhies Levine** may purge herself from contempt by paying the sum of **$14,070.00** via certified funds to the U. S. Bankruptcy Court of the Northern District of Illinois for appropriate allocation to cases where the fees have previously been ordered to be disgorged. A copy of this order shall be served on **Debra J. Vorhies Levine** by U.S. mail.

Dated: 2/11/15

Enter:

*[signature]*
Hon. Bruce W. Black
U.S. Bankruptcy Court Judge