# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| DEBRA VORHIES LEVINE, | ) |
| | )  Case No.  15 MP 90002 |
| (and additional cases listed on Exhibit A) | ) |
| | ) |
| Debtor. | )  Honorable Bruce W. Black |

## AGREED ORDER REGARDING STATEMENT OF CHARGES

This matter coming before the Bankruptcy Court on the Statement of Charges which commenced Case No. 15 MP 90002 (the "Statement of Charges") in accordance with Rule 9029-4B(3) of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules") initiated against Debra Vorhies Levine ("Levine"); the Court having heard from the parties and having conducted several hearings on the motions filed against Levine pursuant to 11 U.S.C. § 329 (collectively, the "Section 329 Motions") and the United States Trustee for the Northern District of Illinois (the "U.S. Trustee") having accepted the appointment to prosecute the Statement of Charges, and the Court being fully advised in the premises:

**IT IS HEREBY AGREED:**

1.  On motions filed by Levine and in cases for which Levine represents the debtor(s), Levine has failed to appear at hearings, including:

| Case Number | Debtor(s) | Movant | Hearing Date | Motion |
|---|---|---|---|---|
| 09bk31485 | Robert Gacuta | *Pro se* by Debtor despite Levine being counsel of record | 11/05/2014 | Emergency Motion to Sell Residence |
| 11bk04626 | Melanie Sharpe | *Pro se* by Debtor | 12118/2014 | Motion to Remove Attorney |

1

| 11bk17734 | Jennifer and Israel Cal | Chapter 13 Trustee | 09/29/2014; 10/20/2014 | Motion to Dismiss for Failure to Turnover Tax Refund |
|---|---|---|---|---|
| 11bk22692 | James and Mary Wallace | Chapter 13 Trustee; Debtor (Levine) | 01127/2014; 02/24/2014 | Motion to Dismiss for Failure to Make Plan Payments; Motion to Vacate Dismissal Order |
| 12bk27240 | Tonja Hudson | Debtor (Levine) | 10/1112013; 04/25/2014; 05/30/2014 | Confirmation of Chapter 13 Plan; Objection to Claim |
| 12bk28489 | Robert and Cindy Chavin | Chapter 13 Trustee | 09113/2014; 09/25/2014 | Motion to Dismiss for Failure to Make Plan Payments |
| 12bk44647 | Cervando and Marlen Rodriguez | Chapter 13 Trustee | 12116/2013 | Motion to Dismiss for Failure to Make Plan Payments |
| 13bk08882 | Francisco and Maria Navarro | Chapter 13 Trustee | 12118/2014 | Motion to Dismiss for Failure to Turnover Tax Refund |
| 13bk24527 | Daniel and Amanda Green | Chapter 13 Trustee | 03/20/2014 | Motion to Dismiss for Ineligibility |
| 13bk28861 | Valerie Holmes | Wells Fargo Bank, N.A. | 10/06/2014; 11103/2014; 11124/2014 | Motion for Relief from Stay |
| 13bk37603 | SGK Ventures, LLC | Keywell Metals, LLC (Purchaser under Sale Order) | 04116/2014 | Motion for Civil Contempt against Brami Superalliages (Levine's Client) |
| 14bk10038 | Jessie Rodriguez | Clerk of Court | 04/29/2014; 05/29/2014 | 341 Examination of Debtor |

| 14bk15315 | Stacey Wingfield | Debtor (Levine) and Chapter 13 Trustee | 11/17/2014 | Confirmation of Chapter 13 Plan and Motion to Dismiss for Unreasonable Delay |
| --- | --- | --- | --- | --- |
| 14bk17114 | Fella Johnson | Debtor (Levine) | 08/21/2014; 09/18/2014 | Confirmation of Chapter 13 Plan |
| 14bk19021 | Julian and Belinda Marquez | United States Trustee | 07/09/2014 | Motion to Dismiss for Failure to File Required Documents |
| 14bk28541 | Adrienne Sayles | Katrina Cox as new proposed counsel to Debtor | 10/24/2014 | Motion to Substitute Counsel |
| 14bk28626 | Edward and Doris Stasierowski | United States Trustee | 09/04/2014; 09/18/2014; 09/30/2014 | Motion to Dismiss for Failure to File Required Documents |
| 14bk29267 | Robert Murphy | United States Trustee | 09/22/2014 | Motion to Dismiss for Failure to File Required Documents |
| 14bk38701 | Sandra Rosas | United States Trustee | 12/03/2014; 12/11/2014 | Motion to Dismiss for Failure to File Required Documents |

2. In cases where Levine has failed to appear, it has been indicated by Levine's clients in her absence, by *pro se* motions filed by Levine's clients or in motions to substitute counsel, that clients were unable to reach Levine at the phone number provided by Levine or that Levine had failed to inform them of pending motions or objections in their cases *(In re Edelstein* (13bk45606); *In re Gacuta* (09bk31485); *In re Sharpe* (11bk04626); *In re Cal* (11bk17734); *In re Hudson* (12bk27240); *In re Chavin* (12bk28489); *In re Wingfield* (14bk15315); *In re Johnson* (14bk17114); *In re Sayles* (14bk28541); and *In re McCray* (14bk30129)).

3

3.  As a result of Levine's conduct and absences, the court has ordered examination of Levine's fees pursuant to 11 U.S.C. § 329 and has ordered disgorgement as summarized below:

| Case Number | Debtor | Hearing | Levine Appeared | Amount Ordered Disgorged |
|---|---|---|---|---|
| 09bk31485 | Robert Gacuta | 12/02/2014; 12/16/2014 | No | $800 |
| 11bk04626 | Melanie Sharpe | 01/08/2015 | No | Any and all attorney's fees received |
| 11bk17734 | Jennifer and Israel Cal | 10/20/2014; 12/15/2014 | No | $1,500 |
| 13bk08882 | Francisco and Maria Navarro | 01108/2015 | No | Any and all attorney's fees received |
| 13bk18697 | Suburban West Properties, LLC | 06/18/2013 | Yes | Any and all attorney's fees received |
| 13bk28861 | Valerie Holmes | 11124/2014; 01105/2015; 01/26/2015 | No | TBD |
| 13bk83852 | Industrial Mechanical | 04/09/2014 | Yes | $8,787 |
| 14bk09245 | Muriel and Michael Jenkins | 09/29/2014; 11/03/2014; 11124/2014; 12/08-2014 | 12/08/2014 only | $996 |
| 14bk10038 | Jessie Rodriguez | 06118/2014 | Yes | $500 |
| 14bk12702 | Mark and Trina Coleman | 08/22/2014; 10/03/2014; 10/24/2014 | No | $615 |

4

| | | | | |
|---|---|---|---|---|
| 14bk17114 | Fella Johnson | 09/18/2014 | No | $1,000 |
| 14bk19021 | Julian and Belinda Marquez | 07/17/2014 | Yes | $1,500 |
| 14bk28626 | Edward and Doris Stasierowski | 09/18/2014; 09/30/2014 | No | $1,165 |
| 14bk29267 | Robert Murphy | 10/20/2014; 12/15/2014 | No | $630 |
| 14bk35486 | Steve and Beatrice Parker | 01113/2015 | Yes | $1,200 |
| 14bk38701 | Sandra Rosas | 12/03/2014; 12/1112014 | No | $1,500 |

**Therefore, and by agreement of the parties, IT IS HEREBY ORDERED:**

A.    Levine is suspended from the practice of law before the United States Bankruptcy Court for the Northern District of Illinois until further order of this court.

B.    After February 4, 2016, Levine's suspension from the practice of law before the United States Bankruptcy Court for the Northern District of Illinois may be lifted only upon Levine filing a petition for reinstatement in accordance with Local Rule 9029-4(B)(D) (the "Reinstatement Motion") in which Levine will have the burden of proof to demonstrate that she is financially and mentally capable of representing clients in the Bankruptcy Court for the Northern District of Illinois. In addition, prior to filing any Reinstatement Motion, Levine must pay all amounts required pursuant to orders (collectively, the "Disgorgement Orders") entered requiring disgorgement of fees in the cases listed on the attached Exhibit A.

5

C.  Any Reinstatement Motion must be served on the U.S. Trustee. It is the position of the U.S. Trustee that in any Reinstatement Motion, Levine also has the burden to demonstrate that she is not impaired physically, mentally or in any other way that could render her unable to practice before this Court.

D.  A copy of this order shall be filed in every case listed on <u>Exhibit A</u>.

E.  This Court shall hold a status hearing in this matter on the following dates:

   a. September 2, 2015 at 11:00 a.m.;

   b. December 2, 2015 at 11:00 a.m.; and

   c. February 3, 2016 at 11:00 a.m.

F.  Levine or her attorney are required to attend each status hearing and provide no less than five (5) days prior to each court date a written status report on any payments that have been made pursuant to the Disgorgement Orders.

Enter:

Date: June 10, 2015

_____
Bruce W. Black, Bankruptcy Judge

Agreed to:

_____
Debra Vorhies Levine

Prepared by:
Kimberly Bacher
Office of the U.S. Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604
(312) 353-5014

6

# EXHIBIT A

| Case Number | Debtor | Amount to be Returned |
|---|---|---|
| 09bk31485 | Robert Gacuta | $800.00 |
| 11bk04626 | Melanie Sharpe | $3,775.00 |
| 11bk17734 | Jennifer and Israel Cal | $1,500.00 |
| 13bk0882 | Francisco and Maria Navarro | $3,500.00 |
| 14bk09245 | Muriel and Michael Jenkins | $996.00 |
| 14bk10038 | Jessie Rodriguez | $500.00 |
| 14bk12702 | Mark and Trina Coleman | $615.00 |
| 14bk19021 | Julian and Belinda Marquez | $1,500.00 |
| 14bk29267 | Robert Murphy | $630.00 |
| 14bk35486 | Steve and Beatrice Parker | $1,200.00 |
| 14bk38701 | Sandra Rosas | $1,500.00 |
| 14bk39034 | Tanesha Carroll | $1,575.00 |
| 09bk28251 | Rebecca E. Myover-Piotrowski | $200.00 |

\* *In re Industrial Mechanical* (Case No. 13-83852), *In re Fella Johnson* (Case No. 14-17114) and *In re Stasierowski* (Case No. 14-28626) are not included in the above chart as Levine has returned the disgorged amount in those cases. *In re Suburban West Properties, LLC*, Levine was required to disgorge all attorneys' fees, but the only funds she received were for the filing fee.